SEYFARTH SHAW LLP
Andrew M. McNaught (SBN 209093)
amcnaught@seyfarth.com
Ryan McCoy (SBN 276026)
rmccoy@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendants
Under Armour Retail, Inc.; and
Under Armour, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CARDENAS, as an individual and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNDER ARMOUR RETAIL, INC.; UNDER ARMOUR, INC.; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:22-cv-00647-RBM-BLM<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**<br><br>FAC Filed:　　June 7, 2022<br>Trial Date:　　None |

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:**

Pursuant to Fed. R. Civ. P., Rule 7.1, Defendants Under Armour Retail, Inc. and Under Armour, Inc. certify that:

1. Under Armour Retail, Inc. is wholly owned by Under Armour, Inc.; and

2. There are no publicly held corporations that own 10% or more of Under Armour, Inc. or Under Armour Retail, Inc.

DATED: June 23, 2022

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Ryan McCoy*
Andrew M. McNaught
Ryan McCoy

Attorneys for Defendants
Under Armour Retail, Inc.; and
Under Armour, Inc.

84612826v.1